## STATE v. WILLIAM JOHNSON.
## STATE v. OSCAR JOHNSON.[1]

May 21, 1920.

No. 21,957.

**Criminal law — state has no right of review.**

After the time for appeal from conviction for felony had expired, the motion of defendants for a new trial because of newly discovered evidence was granted, but proceedings were stayed under the order and the cause certified to the supreme court on the question whether the trial court had jurisdiction to grant the motion. Certificate and proceedings in supreme court dismissed. The state has no right of review either by appeal or certified case in criminal prosecutions. [Reporter.]

Defendants were convicted of a felony in the district court for St. Louis

[1] Reported in 177 N. W. 657.

county, Dancer, J. Their motion for a new trial was granted but proceedings were stayed and the judge certified the case to the supreme court for the determination of the question whether the trial court had authority to grant the motion. Dismissed.

*M. E. Louisell* and *J. P. Heino*, for appellants.

*C. L. Hilton*, Attorney General, and *R. M. Funck*, Assistant County Attorney, for respondent.

PER CURIAM.

Defendants were convicted of a felony in the district court of St. Louis county, and sentenced to a term of imprisonment in the state prison. Thereafter and after the time for appeal from the judgment had expired they moved the court for a new trial on the ground of newly discovered evidence. The trial judge, though entertaining doubts of the jurisdiction of the court, made an order granting the motion and ordering a new trial, but stayed proceedings under the order and certified the cause to this court for the determination of the question whether the trial court had authority and jurisdiction to grant the motion, since the time to appeal from the judgment had expired.

The certificate and proceedings in this court must be dismissed. The trial court having granted the motion, there is an end of the matter. The state has no right of review either by appeal or certified case in criminal prosecutions.

The proceedings are dismissed and the cause remanded.